## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF PATERSON, NEW JERSEY, FATHER MANUEL ALEJANDRO CUELLAR CEBALLOS, FATHER REGIN NICO DELA CRUZ QUINTOS, FATHER JOEMIN KHARLO CHONG PARINAS, FATHER ARMANDO DIAZ VIZCARA JR., and FATHER JOSEPH ANTHONY AGUILA MACTAL,<br><br>        Plaintiffs,<br><br>        -v-<br><br>U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ANTHONY BLINKEN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF STATE, ALEJANDRO MAYORKAS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, and UR MENDOZA JADDOU, IN HER OFFICIAL CAPACITY AS DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>        Defendants. | **Civ. No: 2:24-CV-08350-JXN-MAH**<br><br>**District Judge: Hon. Julien Xavier Neals**<br>**Magistrate Judge: Hon. Michael A. Hammer**<br><br>**RETURN DATE:** |

**MOTION, PURSUANT TO LOCAL CIVIL RULE 6.1., FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' REQUEST FOR A PRE-MOTION CONFERENCE**

Plaintiffs, through their undersigned counsel, hereby move pursuant to Local Civil Rule 6.1, for an Order extending the time within which Plaintiffs may respond to the Request for Pre-Motion Conference filed by Defendants until November 19, 2024. Plaintiffs' state as follows:

1. Plaintiffs have not previously requested an extension of their deadline to respond to the Request for Pre-Motion Conference;

2. Plaintiffs' time to respond to the Request for Pre-Motion Conference expires on November 5, 2024;

3. Plaintiffs' request that their deadline to respond to the Request for Pre-Motion Conference be extended to November 19, 2024; and

4. On October 30, 2024, counsel for Defendants advised Plaintiffs' counsel that they have no objection to the requested continuance sought by Plaintiffs.

Respectfully Submitted:

**NORRIS McLAUGHLIN, P.A.**

Dated: November 1, 2024

/s/ Robert Mahoney
Robert Mahoney, Esquire
400 Crossing Boulevard
8th Floor
Bridgewater, NJ  08807
P:	(908) 722-0700
F:	(908) 722-0755
E:	rmahoney@norris-law.com
*Attorneys for Plaintiffs*

So Ordered:

_____