### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE ROMAN CATHOLIC DIOCESE OF PATERSON, NEW JERSEY, FATHER MANUEL ALEJANDRO CUELLAR CEBALLOS, FATHER REGIN NICO DELA CRUZ QUINTOS, FATHER JOEMIN KHARLO CHONG PARINAS, FATHER ARMANDO DIAZ VIZCARA JR., and FATHER JOSEPH ANTHONY AGUILA MACTAL,<br><br>Plaintiffs,<br><br>-v-<br><br>U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ANTHONY BLINKEN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF STATE, ALEJANDRO MAYORKAS, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY, and UR MENDOZA JADDOU, IN HER OFFICIAL CAPACITY AS DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>Defendants. | Civ. No: 2:24-CV-08350-JXN-MAH<br><br>District Judge: Hon. Julien Xavier Neals<br><br>Magistrate Judge: Hon. Michael A. Hammer<br><br>RETURN DATE: Dec. 16, 2024 |

### ORDER GRANTING UNOPPOSED MOTION TO STAY THE PROCEEDINGS

This matter having been brought before this Court by Plaintiffs, the Roman Catholic Diocese of Paterson, Fr. Manuel Alejandro Cuellar Ceballos, Fr. Regin Nico Dela Cruz Quintos, Fr. Joemin Kharlo Chong Parinas, Fr. Armando Diaz Vizcara Jr., and Fr. Joseph Anthony Aguila

2

Mactal, and the Defendants having indicated that they do not oppose this motion, and for good cause shown,

      IT IS ON THIS ___ day of November, 2024 Ordered that all proceedings in this civil action are stayed through and including December 31, 2024.  Counsel for Plaintiffs shall provide a status report to the Court no later than December 16, 2024.

                                                      _____