UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROMAN CATHOLIC DIOCESE OF PATERSON, NEW JERSEY, FATHER MANUEL ALEJANDRO CUELLAR CEBALLOS, FATHER REGIN NICO DELA CRUZ QUINTOS, FATHER JOEMIN KHARLO CHONG PARINAS, FATHER ARMANDO DIAZ VIZCARA JR., and FATHER JOSEPH ANTHONY AGUILA MACTAL,<br><br>Plaintiffs,<br><br>-v-<br><br>U.S. DEPARTMENT OF STATE, U.S. DEPARTMENT OF HOMELAND SECURITY, U.S. CITIZENSHIP AND IMMIGRATION SERVICES, ANTHONY BLINKEN, Secretary, U.S. Department of State, ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, and UR MENDOZA JADDOU, Director, U.S. Citizenship and Immigration Services,<br><br>Defendants. | Case No. 2:24-cv-08350<br><br>Hon. Julien Xavier Neals (D.J)<br><br>Hon. Michael A. Hammer (M.J.) |

### ORDER SUBSTITUTING ROBERT MAHONEY, ESQUIRE WITH DANIEL JOHN BAURKOT, ESQUIRE AS THE PRO HAC VICE SPONSOR OF RAYMOND G. LAHOUD, ESQUIRE

This matter having been brought before the Court by Daniel John Baurkot, Esquire, Counsel for Plaintiffs, the Roman Catholic Diocese of Paterson, Father Manuel Alejandro Cuellar Ceballos, Father Regin Nico Dela Cruz Quintos, Father Joemin Kharlo Chong

Parinas, Father Armando Diaz Vizcara Jr., and Father Joseph Anthony Aguila Mactal, for an Order substituting Robert Mahoney, Esquire with Daniel John Baurkot, Esquire, as the pro hac vice sponsor of Raymond G. Lahoud, Esquire, an attorney duly admitted to practice law before the Bars of the State of New York and the Commonwealth of Pennsylvania, who the Court previously granted leave to appear pro hac vice, and upon the Court's consideration of (1) the Declarations of Daniel John Baurkot, Esquire and Raymond G. Lahoud; (2) the Motion for Leave for Raymond G. Lahoud, Esquire to Appear Pro Hac Vice filed with the Court on October 9, 2024 at ECF Docket 12; and (3) the Order of the Court entered on October 22, 2024 at ECF Docket 13 that granted Plaintiff's October 9, 2024 Motion for Leave for Raymond G. Lahoud, Esquire to Appear Pro Hac Vice at ECF Docket 12, it is, on this 19th day of February, 2025, **ORDERED** that:

(1) Daniel John Baurkot, Esquire shall substitute Robert Mahoney, Esquire, as the pro hac vice sponsor of Raymond G. Lahoud, Esquire in the matter before the Court;

(2) Raymond G. Lahoud, Esquire shall continue to abide by all the requirements and conditions set forth in the Order of the Court entered on October 22, 2024, at ECF Docket 13 that granted Plaintiff's October 9, 2024 Motion for Leave for Raymond G. Lahoud, Esquire to Appear Pro Hac Vice at ECF Docket 12;

(3) Non-compliance with any of the terms of this Order and the Order of the Court entered on October 22, 2024 at ECF Docket 13, shall constitute grounds for removal; and

(4)     A copy of this order shall be served on all parties within seven (7) days of the date hereof.

SO ORDERED:
**SO ORDERED**

*s/Michael A. Hammer*
_____
**Michael A. Hammer, U.S.M.J.**     J.

Date: 2/19/25

3