

Tower 6<br>
600 Hamilton Street<br>
Suite 330<br>
Allentown, PA 18101<br>
p: 484.544.0022<br>
f: 484.750.2540

**VIA ELECTRONIC CASE FILING**

March 18, 2025

The Honorable Judge Julien X. Neals
United States District Judge
50 Walnut Street, No. 4015
Newark, New Jersey 07102

**Re:**   **The Roman Catholic Diocese of Paterson, New Jersey, et al. v. United States Department of State, et al., Case 2:24-cv-08350-JXN-MAH**

Dear Judge Neals:

We act for Plaintiffs, the Roman Catholic Diocese of Paterson, New Jersey, Father Manuel Alejandro Cuellar Ceballos, Father Regin Nico Dela Cruz Quintos, Father Joemin Kharlo Chong Parinas, Father Armando Diaz Vizcara Jr., and Father Joseph Aguila Mactal ("Plaintiffs").

On March 18, 2025, Plaintiffs erroneously filed a status report with the Court. Pls.' Stat. Rep., ECF No. 35.

This status report should not have then been filed. Plaintiffs, therefore, respectfully request that the Court strike Plaintiffs' Status Report from the docket. Id.

With sincere apologies for this erroneous filing, Plaintiffs thank the Honorable Court for its consideration of this request.

Should the Honorable Court have any questions, Counsels are readily available.

Lahoud Law Group, P.C.
March 18, 2025
Page 2

Very Truly Yours,

**LAHOUD LAW GROUP, P.C.**

*[signature]*
Daniel J. Baurkot, Esquire

*[signature]*
Raymond G. Lahoud, Esquire*
　　　　*Pro Hac Vice*

DJB:RGL:rc
cc:　　Counsel for Defendants (via ECF)