

U.S. Department of Justice
Civil Division
Office of Immigration Litigation

*450 5th St., N.W., Fifth Floor*
*Washington, D.C. 20530*

**VIA ECF**  July 31, 2025
Hon. Julien X. Neals
United States District Judge
District of New Jersey
Dr. Martin Luther King Jr. Bldg. & U.S. Courthouse
50 Walnut Street, #4015
Newark, NJ 07102

      Re: *The Roman Catholic Diocese of Paterson, N.J., et al. v. U.S. Department of State, et al.,* No. 2:24-cv-8350

Dear Judge Neals:

    On October 29, 2024, the Defendants filed a letter requesting a pre-motion conference in this case, explaining that the Defendants planned to file a Rule 12 motion. ECF No. 14. Shortly thereafter this case was stayed, and that stay lasted until just recently. ECF Nos. 19, 26, 42. Pursuant to Judge Hammer's order of July 23, 2025, Defendants now renew their letter request for a pre-motion conference and attach that letter request (ECF 14) hereto as Exhibit A.

                  Respectfully submitted,

                  BRETT A. SHUMATE
                  Assistant Attorney General
                  Civil Division

                  ALESSANDRA FASO
                  Acting Assistant Director

                  /s/ *Alexandra McTague*
                  Alexandra McTague
                  Senior Litigation Counsel
                  United States Department of Justice
                  Civil Division
                  Office of Immigration Litigation
                  P.O. Box 868, Ben Franklin Station
                  Washington, DC 20044
                  Phone: (202) 718-0483
                  e-Mail: alexandra.mctague2@usdoj.gov
                  *Attorneys for Defendants*