IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| The Roman Catholic Diocese of Paterson, New Jersey, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of State, et. al., <br><br> Defendants. | Civ. No.: 2:24-CV-08350 <br><br> Hon. Julien Xavier Neals |

**PLAINTIFFS' UNOPPOSED MOTION
TO EXTEND TIME TO FILE RESPONSE TO
DEFENDANTS' REQUEST FOR LEAVE TO FILE
MOTION TO DISMISS AND TO CONTINUE STATUS CONFERENCE**

**AND NOW**, come Plaintiffs, the Roman Catholic Diocese of Paterson, New Jersey, Fr. Manuel Alejandro Cuellar Ceballos, Fr. Regin Nico Dela Cruz Quintos, Fr. Joemin Kharlo Chong Parinas, Fr. Armando Diaz Vizcara Jr., and Fr. Joseph Anthony Aguila Mactal (collectively "Plaintiffs"), by and through Counsel, Lahoud Law Group, P.C. ("Counsel for Plaintiffs"), and move the Court for an order extending Plaintiffs' time to respond to the Request for Leave of Defendants, United States Department of State, United States Department of Homeland Security, United States Citizenship and Immigration Services, Antony Blinken, in his official capacity as Secretary of the United States Department of State, Alejandro Mayorkas, in his official capacity as Secretary of the United States Department of Homeland Security, and Ur Mendoza Jaddou, in her official capacity as Director of United States Citizenship and Immigration Services (collectively

"Defendants") to File a Motion to Dismiss ("Defendants' Request"). Moreover, Plaintiffs, in concurrence with Defendants seek that the Court reset the Status Conference now set for October 14, 2025, at 4:00 PM to a date and time after November 14, 2025.

In support, Plaintiffs aver as follows.

1. On August 8, 2024, Plaintiffs filed a Complaint against Defendants for Injunctive and Declaratory Relief. See ECF Dkt. No. 1.

2. On July 23, 2025, the Court entered an Order directing: (a) Defendants to file Defendants' Request on or before July 31, 2025; (b) Plaintiffs to respond to Defendants' Request on or before September 3, 2025; and (c) Plaintiffs and Defendants to appear for a status conference on October 14, 2025, at 4:00 p.m. See ECF Dkt. No. 41.

3. On July 31, 2025, Defendants complied with the Order. See ECF Dkt. No. 43.

4. Plaintiffs' response is due on or before September 3, 2025. See ECF Dkt. No. 41

5. Plaintiffs' Counsel requires additional time to finalize a response to Defendants' Request seeking a status conference before the Court given the complex nature of the issues in the matter before the Court.

6. This, taken together with recent urgent travel of Plaintiffs' Counsel and several trials and hearings that Plaintiff's Counsel was required to attend as first chair, Plaintiffs seek, without opposition from Defendants, an extension of thirty (30) days to finalize a Response to Defendants' Request through October 3, 2025.

7. Should the Court grant the extension, neither Plaintiffs nor Defendants will experience prejudice.

8. Additionally, a status conference is currently set for October 14, 2025, at 4:00 PM. Plaintiffs, with the concurrence of Defendants, respectfully request that the Court adjourn the same until a day and time after November 14, 2025, so that Plaintiffs and Defendants have adequate time to prepare for said conference.

**WHEREFORE,** Plaintiffs, the Roman Catholic Diocese of Paterson, New Jersey. Fr. Manuel Alejandro Cuellar Ceballos, Fr. Regin Nico Dela Cruz Quintos, Fr. Joemin Kharlo Chong Parinas, Fr. Armando Diaz Vizcara Jr., and Fr. Joseph Anthony Aguila Mactal, respectfully request the Court grant this unopposed Motion and extend Plaintiffs' time to respond to Defendants' Request up to and including October 3, 2025, and continue the status conference currently set for October 14, 2025 at 4:00 PM to a date and time after November 14, 2025.

Respectfully Submitted:

**LAHOUD LAW GROUP, P.C.**

Date: September 3, 2025     By: *[signature]*
Daniel J. Baurkot, Esquire
Raymond G. Lahoud, Esquire*
600 Hamilton Street, Suite 300
Allentown, PA 18101
P:   (484) 544-0022
E:   rgl@raylahoud.com

*  *Pro Hac Vice*