IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| The Roman Catholic Diocese of Paterson, New Jersey, <u>et. al</u>., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of State, <u>et. al</u>., <br><br> Defendants. | Civ. No.: 2:24-CV-08350 <br><br> Hon. Julien Xavier Neals |

**ORDER OF COURT**

AND NOW, this _____ day of September 2025, upon consideration of Plaintiffs Unopposed Motion to Extend Time to File Response to Defendants' Request for Leave of Court to File a Motion to Dismiss and Continue the Status Conference currently set for October 14, 2025, at 4:00 p.m., it is hereby **ORDERED** and **DECREED** that:

1. Plaintiffs' Unopposed Motion is **GRANTED**;

2. Plaintiffs shall have up to and including October 3, 2025, to file a response to Defendants' Request for Leave of Court to File a Motion to Dismiss; and

3. The Status Conference currently set for October 14, 2025, at 4:00 PM shall be **CONTINUED** for a date and time after November 14, 2025.

**BY THE COURT:**

_____
**J.**