# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| The Roman Catholic Diocese of Paterson, New Jersey, et. al., <br><br> Plaintiffs, <br><br> v. <br><br> U.S. Department of State, et. al., <br><br> Defendants. | Civ. No.: 2:24-CV-08350 <br><br> Hon. Julien Xavier Neals |

## CERTIFICATE OF SERVICE

I, Daniel J. Baurkot, Esquire, hereby certificate that I served true and correct copies of Plaintiffs' Unopposed Motion to Extend Time to File a Response to Defendant's Request for Leave of Court to File a Motion to Dismiss and Continue Status Conference upon Counsel for Defendants, through the Court's CM/ECF system to which Counsel for Defendants is duly registered and accepts service of documents relating to the Matter before the Court.

Respectfully Submitted:

**LAHOUD LAW GROUP, P.C.**

Date: September 3, 2025   By: *[signature]*
Daniel J. Baurkot, Esquire
Raymond G. Lahoud, Esquire*
600 Hamilton Street, Suite 300
Allentown, PA 18101
P:   (484) 544-0022
E:   rgl@raylahoud.com

\* *Pro Hac Vice*