**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| The Roman Catholic Diocese of Paterson, New Jersey, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>United States Department of State, et. al.,<br><br>Defendants. | No.: 2:24-cv-08350 |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, The Roman Catholic Diocese of Paterson, New Jersey, Father Manuel Alejandro Cuellar Ceballos, Father Regin Nico Dela Curz Quintos, Father Joemin Kharlo Chong Parinas, Father Armando Diaz Vizcara Jr. and Father Joseph Anthony Aguila Mactal hereby give notice, by and through Counsel, Raymond G. Lahoud, Esquire, that this matter is voluntarily dismissed, without prejudice, against Defendants, United States Department of State, United States Department of Homeland Security, United States Citizenship and Immigration Services, Marco Rubio, in his official capacity as Secretary of the United States Department of State, Kristi Noem, in her official capacity as Secretary of the United States Department of Homeland Security, and Joseph B. Edlow, in his official capacity as Director of United States Citizenship and Immigration Services ("Defendants"). See F.R.C.P. 41(a)(1)(A)(i) (providing that Plaintiffs "may dismiss an

action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. . . .").[1]

Plaintiffs voluntarily dismiss this matter to allow for Agency action and/or rulemaking that will render moot the relief Plaintiffs sought from the Court.

Respectfully Submitted:

**LAHOUD LAW GROUP, P.C.**

Date: October 31, 2025 By: /s/ Raymond G. Lahoud
Raymond G. Lahoud, Esquire
Tower 6
600 Hamilton Street, Suite 300
Allentown, PA 18101
P: (484) 544-0022
E: rgl@raylahoud.com

Date: October 31, 2025 By: /s/ Daniel J. Baurkot
Daniel J. Baurkot, Esquire
Tower 6
600 Hamilton Street, Suite 300
Allentown, PA 18101
P: (484) 544-0022
E: info@raylahoud.com

*Attorneys for Plaintiffs*

[1] Defendants have not yet filed an answer or a motion for summary judgment. As a result, this Notice of Voluntary Dismissal is appropriate.