# CERTIFICATE OF SERVICE

I, Raymond G. Lahoud, Esquire, certify that the Notice of Voluntary Dismissal was filed with the Clerk of the Court via the Court's CM/ECF system on the date set forth below.

I further certify that the Notice of Voluntary Dismissal was served upon Counsel for Defendants on the same date via the Court's CM/ECF system to which Counsel for Defendants is registered for purposes of accepting service of filings made with the Court.

Respectfully Submitted:

**LAHOUD LAW GROUP, P.C.**

Date: October 31, 2025 By: /s/ Raymond G. Lahoud
Raymond G. Lahoud, Esquire